NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>             Plaintiffs,<br><br>     vs.<br><br>KOLT EQUIPMENT, INC., a California corporation,<br><br>             Defendant. | CASE NO.: CV 09-6075 JFW (DTBx)<br><br>ASSIGNED TO THE HONORABLE JOHN F. WALTER<br><br>**JUDGMENT**<br><br>[Fed.R.Civ.Pro. 55(b)(2)]<br><br>DATE:          January 4, 2010<br>TIME:           1:30 p.m.<br>COURTROOM: 16 |

After full consideration of the evidence, and the authorities submitted by counsel, and for good cause shown:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-

- 1 -
[PROPOSED] JUDGMENT

256942.1

Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Kolt Equipment, Inc., a California corporation, the principal amount of $56,380.04 (consisting of unpaid fringe benefit contributions related to the Principal Employee Agreement for the months of November 2008 through October 2009 in the amount of $35,087.41, liquidated damages related to the Principal Employee Agreement for the months of November 2008 through October 2009 in the amount of $3,508.74, unpaid fringe benefit contributions related to work performed by covered employees during the period of November 2008 through August 2009 in the amount of $12,314.25, liquidated damages related to work performed by covered employees during the period of November 2008 through August 2009 in the amount of $1,231.43; unpaid fringe benefit contributions related to work performed by Jason Cunningham during the period of July 2007 through March 2008 in the amount of $2,299.72, liquidated damages related to work performed by Jason Cunningham during the period of July 2007 through March 2008 in the amount of $229.97, plus prejudgment interest in the amount of $1,708.52), attorney's fees of $5,285.50 and costs of $943.36, plus post-judgment interest as provided by law from the date of entry of the judgment herein.

Dated: December 28, 2009

_____
UNITED STATES DISTRICT JUDGE

Presented November 20, 2009 by:

LAQUER URBAN CLIFFORD & HODGE LLP

By: /s/ Matthew T. Bechtel
    MATTHEW T. BECHTEL
Attorney for Plaintiffs,
Trustees of the Operating Engineers
Pension Trust, et al.